UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— x

CARMEN TAVAREZ-VARGAS,                      :    Case No.:  1:21-cv-09809-VEC
Individually, and On Behalf of All Others   :
Similarly Situated,                         :
                                            :
                                            :
                          Plaintiff,        :
                                            :
       vs.                                  :
                                            :    **NOTICE OF SETTLEMENT**
                                            :
NEW SGC LLC,                                :
                                            :
                          Defendant.        :
                                            :
————————————————————————— x


        Plaintiff Carmen Tavarez-Vargas ("Plaintiff") hereby notifies the Court that the present

case has settled between Plaintiff and defendant New SGC LLC ("Defendant") (collectively, the

"parties"), and states as follows:

        1.      A settlement agreement is in the process of being finalized between the parties.

Once the settlement agreement is fully executed, and Plaintiff has received the consideration

required, the parties will respectfully request that the case be dismissed and closed.

        2.      The parties respectfully request that the Court stay this action and adjourn all

deadlines and conferences.

DATED:  March 18, 2022              **MIZRAHI KROUB LLP**



                                            /s/ Edward Y. Kroub
                                    ————————————————————————
                                            EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*